**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2039**

STEPHEN C. SIEBER,

             Debtor - Appellant,

        v.

CHERYL E. ROSE, Trustee,

             Trustee - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:12-
cv-01553-RWT)

Submitted:  January 22, 2013          Decided:  January 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen  C.  Sieber,  Appellant  Pro  Se.    James  Martin  Hoffman,
OFFIT KURMAN, PA, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen C. Sieber appeals from the district court's orders dismissing his appeal from the bankruptcy court's order imposing sanctions and denying his motion for reconsideration. The district court dismissed Sieber's appeal after he failed to timely file an appeal brief and designation of the record. See Fed. R. Bankr. P. 8006. We have reviewed the record and the district court's orders and find no reversible error and no abuse of discretion. See Fed. R. Bankr. P. 8001(a); In re SPR Corp., 45 F.3d 70, 74 (4th Cir. 1995); In re Serra Builders, Inc., 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, we affirm the district court's orders. Sieber's motions to consolidate his two pending appeals and for the recusal of the bankruptcy court judge are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED